NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROBERT MICHAEL MILLER,**
*Petitioner,*

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Respondent.*

_____

2014-3137

_____

Petition for review of the Merit Systems Protection Board in No. DC-3330-13-0504-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Robert M. Miller moves without opposition for a 30-day extension of time, until December 8, 2014, to file his formal principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                   MILLER v. FDIC

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27